UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORNELL WILDER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN DICKINSON, Warden,<br><br>　　　　　Respondent. | No. CV 08-1698-VBF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's second report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The second report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

*Valerie Baker Fairbank*

DATED: 3-22-11

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE