UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CORNELL WILDER, | ) | No. CV 08-1698-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KATHLEEN DICKINSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's second report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 03-22-11

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE